Henry Clothier, an Infant, by Harry J. Raymond, His Guardian ad Litem, Respondent, v. Hudson River Telephone Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, on authority of *Acardo v. New York Contracting & Trucking Co.* (116 App. Div. 793). All concurred.

Andrew Donaldson, Respondent, v. The Rutland Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Stanton D. Davis, Appellant, v. Town of Sherburne, Chenango County, New York, Respondent.— Judgment affirmed, with costs. No opinion. All concurred.

William Easton and Others, Respondents, v. New York State National Bank, Albany, Appellant.— Interlocutory judgment affirmed, with costs, with leave to defendant to answer on payment of costs of demurrer and of this appeal. No opinion. All concurred.

Nathan Fink, Appellant, v. Ernest E. Stalbird, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion.

George W. Harper and N. Ponchel St. Maxen, Taxpayers of the County of Clinton, Respondents, v. Clinton County and Others, Defendants, Impleaded with Joseph L. Nash, as Chamberlain of the City of Plattsburgh, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to answer on payment of costs of demurrer and of this appeal. No opinion. All concurred.

George W. Harper and N. Ponchel St. Maxen, Taxpayers of the County of Clinton, Respondents, v. Clinton County and Others, Impleaded with Peter E. Poupore and Others, Appellants. — Interlocutory judgment affirmed, with costs, with usual leave to defendant to answer on payment of costs of demurrer and of this appeal. No opinion. All concurred.

Ella Norton, Respondent, v. Ithaca Street Railway Company, Appellant, Impleaded with the City of Ithaca.— Judgment and order affirmed, with costs. No opinion. All concurred, except Kellogg, J., dissenting.

Hoosick River Pulp Company, Appellant, v. David A. Thompson, Defendant, Impleaded with Thomas O'Connor, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Malachi Kraham, Appellant, v. Herbert T. Jennings and Myron A. McKee, Respondents.— Judgment unanimously affirmed, with costs. No opinion.